1

JUDGE FRANKLIN D. BURGESS

2

3

4

5

6          UNITED STATES DISTRICT COURT
           WESTERN DISTRICT OF WASHINGTON
7                      AT TACOMA

8

UNITED STATES OF AMERICA,       )        NO.  CR08-5709FDB
9                               )
           Plaintiff,           )
10                              )        MINUTE ORDER GRANTING
           vs.                  )        DEFENSE MOTION TO CONTINUE
11                              )        TRIAL DATE AND PRETRIAL
GALEN J. TRIGG,                 )        DEADLINES
12                              )
           Defendant.           )
13     _____)

14

15         Based on the unopposed defense motion to continue the trial date and pretrial

16 deadlines, and the affidavit of defense counsel in support of the motion, the facts set

17 forth in which are hereby incorporated by reference and adopted as findings of fact, the

   Court makes the following findings of fact and conclusions of law.
18
           1.  The ends of justice served by granting this continuance outweigh the interests
19
   of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).
20
           2.  Proceeding to trial absent adequate time for the defense to prepare would
21
   result in a miscarriage of justice.  18 U.S.C. §3161(h)(8)(B)(i).
22
           3.  The defense needs additional time to explore issues of some complexity,
23
   including all relevant issues and defenses applicable to the case, which would make it
24
   unreasonable to expect adequate preparation for pretrial proceedings or for trial itself
25
   //
26

ORDER GRANTING UNOPPOSED DEFENSE MOTION
TO CONTINUE TRIAL DATE AND PTM'S DEADLINE  1

1  within the time limits established by the Speedy Trial Act and currently set for this case.

2  18 U.S.C. § 3161(h)(8)(B(ii).

3      4.  Taking into account the exercise of due diligence, a continuance is necessary

4  to allow the defendant the reasonable time for effective preparation of his defense.  18

5  U.S.C. § 3161(h)(8)(B)(iv).

6      NOW, THEREFORE,

7      IT IS HEREBY ORDERED that the trial date in this matter is continued from

8  December 22, 2008 to April 20, 2009, at 9:00 am.  The resulting period of delay from

9  December 22, 2008 to April 20, 2009, is hereby excluded for speedy trial purposes under

10  18 U.S.C. § 3161(h)(8)(A) and (B).

11      Pre-trial motions are due no later than February 26, 2009.

12      Pre-trial conference shall be on April 10, 2009 at 2:00pm.

13      Trial Briefs, Witness/Exhibit Lists, Motions in Limine and Proposed Jury

14  Instructions due by April 2, 2009.

15      DONE this 16th day of January, 2009.

16

17

18                              S/ Pat LeFrois as directed by
                                The Honorable Franklin D. Burgess
19                              United States District Court Judge

20

21

22

23

24

25

26