JUDGE BRYAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON, AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) NO. CR08-5709RJB |
| Plaintiff, | ) |
| | ) ORDER |
| vs. | ) |
| | ) |
| GALEN JOSEPH TRIGG, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

THIS MATTER having come on regularly before the above-entitled Court upon the Motion of Defendant, GALEN JOSEPH TRIGG, through his attorney, for appointment of new counsel, the Court having reviewed the Motion and subjoined declaration of counsel, having considered the files and records of this proceeding, having made such further inquiry of the Defendant and counsel as the Court has deemed appropriate, the Court being fully advised in the premises, now, therefore, it is hereby

ORDERED that attorney, THOMAS A. CENA, JR., is hereby allowed to withdraw immediately as counsel for the defendant herein; it is further

ORDERED that the CJA Administrator is directed to locate new counsel for the Defendant.

DATED: July 9, 2009.

*/s/ Robert J. Bryan*
ROBERT J. BRYAN
United States District Judge

Presented by
/s/ Thomas A. Cena, Jr.
_____
THOMAS A. CENA, JR., WSBA NO. 6539
Attorney for Defendant Galen Joseph Trigg

Order

THOMAS A. CENA, JR.
Attorney at Law
2115 North 30th, Suite 201
Tacoma, WA 98403
(253) 572-5120  Fax: (253) 593-4503
E-MAIL: TomC55@nventure.com