Judge Bryan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> GALEN JOSEPH TRIGG, <br> Defendant. | NO. CR08-5709FDB <br><br> ORDER TO SEAL |

Having read the Government's Sentencing Memorandum in the above-captioned case, which was filed under seal, and Government's Motion to Seal requesting that the Government's Sentencing Memorandum be allowed to remain under seal,

It is hereby ORDERED that the Government's Sentencing Memorandum in this matter shall remain sealed.

DATED this 17th day of September, 2009.

*Robert J Bryan*
Robert J Bryan
United States District Judge

ORDER TO SEAL/TRIGG — 1
CR08-5709FDB

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970